**Order entered November 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

## IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** appellant's November 15, 2015 unopposed motion for an extension of time

to file a brief.  Appellant shall file a brief by **DECEMBER 30, 2015**.


/s/     ELIZABETH LANG-MIERS
         JUSTICE